IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| DANIEL T. CETOLA, | § |
| | § No. 676, 2014 |
| Defendant Below, | § |
| Appellant, | § |
| | § |
| v. | § Court Below: Superior Court |
| | § of the State of Delaware, |
| STATE OF DELAWARE, | § in and for Sussex County |
| | § Cr. ID 1309009974 |
| Plaintiff Below, | § |
| Appellee. | § |

Submitted: March 2, 2015
Decided: March 4, 2015

**O R D E R**

This 4th day of March 2015, it appears to the Court that, on February 12, 2015, the Chief Deputy Clerk issued a notice to appellant to show cause why this appeal should not be dismissed for his failure to file his opening brief and appendix in this matter. The appellant has failed to respond to the notice to show cause within the required ten-day period; therefore, dismissal of this action is deemed to be unopposed.

NOW, THEREFORE, IT IS HEREBY ORDERED, pursuant to Supreme Court Rules 3(b) and 29(b), that the within appeal is DISMISSED.

BY THE COURT:

*/s/ Leo E. Strine, Jr.*

Chief Justice